# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:11cr217 |
| | § | (Judge Crone) |
| LONNIE DEAN HANSLEY | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the request for revocation of Defendant's supervised release. After the District Judge referred the matter to this Court for a report and recommendation, the Court conducted a hearing on July 15, 2014, to determine whether Defendant violated his supervised release.

On September 7, 2012, Defendant was sentenced by the Honorable Marcia A. Crone to twenty (20) months' custody followed by three (3) years of supervised release for the offense of Felon in Possession of a Firearm. On August 15, 2013, Defendant completed his period of imprisonment and began service of his supervised term.

On June 2, 2014, the U.S. Probation Officer executed a Petition for Warrant for Offender Under Supervision. The petition asserted that Defendant violated several conditions. The Government agreed to dismiss allegation three.

Prior to the Government putting on its case, Defendant entered a plea of true to allegations one and two. The Court recommends that Defendant's supervised release be revoked.

## RECOMMENDATION

The Court recommends that the District Judge revoke Defendant's supervised release. Pursuant to the Sentencing Reform Act of 1984, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eighteen (18) months with no

supervised release to follow. It is also recommended that Defendant be housed in the Bureau of Prisons, Fort Worth unit.

After the Court announced the recommended sentence, Defendant executed the consent to revocation of supervised release and waiver of right to be present and speak at sentencing. Defendant and the Government also waived their right to file objections.

**SIGNED this 15th day of July, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE